

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2016

No. 04-16-00084-CV

Garnet **BLAKEMAN**,
Appellant

v.

Art **GUZMAN**,
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2012-GC-0010
Honorable Linda Z. Jones, Judge Presiding

## O R D E R

    Appellant's brief was originally due April 21, 2016. Neither the brief nor a motion for extension of time was filed.

    We therefore **order** appellant to file, **on or before May 9, 2016**, his appellant's brief and a written response reasonably explaining his failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court